08-21-00039-CV

ACCEPTED
08-21-00039-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
4/22/2021 2:46 PM
ELIZABETH G. FLORES
CLERK

## IN THE COURT OF APPEALS
### FOR THE EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

4/22/2021 2:46:25 PM

ELIZABETH G. FLORES
Clerk

| | | |
|---|---|---|
| ACCREDITED SURETY AND CASUALTY COMPANY, INC. | § § § | |
| *Appellant*, | § § § | |
| v. | § § | Case No. 08-21-00039-CV |
| BENCHMARK ELECTRICAL SOLUTIONS, INC., CONTROL INSULATION SERVICES, LLC, INSPECTION ASSOCIATES, INC., SUSTATE EQUIPMENT COMPANY, LLC, MARQUEZ CONSTRUCTION & MAINTENANCE, LLC, TEXAS GAMMA RAY, LLC, D/B/A TGR INDUSTRIAL SERVICES, GLOBAL WELDING SERVICES, INC., DANCAR ENERGY CONSTRUCTION, LLC, LEXICON, INC., AND TARGA SOUTHERN DELAWARE LLC | § § § § § § § § § § § § § § § § § | |
| *Appelees,* | | |

---

## ENTRY OF APPEARANCE AS COUNSEL FOR APPELLEE INSPECTION ASSOCIATES, INC.

---

TO THE HONORABLE COURT OF APPEALS:

Bret L. Strong and Kristen Bates of The Strong Firm P.C. file this Entry of

Appearance as counsel for Appellee Inspection Associations, Inc. in this cause, and

requests that all notices, copies of documents filed, and other communications in this

appeal be addressed to them as counsel for Appellee Inspection Associations, Inc.

The information required by Texas Rules of Appellate Procedure 6.1 (c) and 6.2 is

below.

Bret L. Strong
Texas Bar No. 00795671
Kristen Bates
Texas Bar No. 24073881
The Strong Firm P.C.
1790 Hughes Landing Blvd., Suite 200
The Woodlands, Texas 77380
(T) 281-367-1222
(F) 281-210-1361
bstrong@thestrongfirm.com
kbates@thestrongfirm.com

Respectfully submitted,

**THE STRONG FIRM, P.C.**

*/s/Kristen Bates*
**BRET L. STRONG**
State Bar No. 00795671
bstrong@thestrongfirm.com
**KRISTEN BATES**
State Bar No. 24073881
kbates@thestrongfirm.com
Two Hughes Landing
1790 Hughes Landing Boulevard, 200
The Woodlands, Texas 77380
Telephone: (281) 367-1222
Facsimile: (281) 210-1361

**ATTORNEYS FOR INSPECTION
ASSOCIATES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Texas Rules of Civil Procedure on this 22nd day of April, 2021.

Toni Scott Reed
Christopher R. Ward
Clark Hill Strasburger LLP
901 Main Street, Suite 4400 and
Dallas, Texas 75202
toni.reed@clarkhillstrasburger.com
christopher.ward@clarkhillstrasburger.com
*Counsel for Accredited Surety & Casualty*

Charles E. Wear, Jr.
Law Offices of Charles E. Wear, Jr., PC
1811 W. Park Row
Arlington, Texas 76013
charles@wear-law.com
*Counsel for Benchmark Electrical Solutions, Inc.*

Mel Smith
Law Offices of Mel Smith, Esq.
5315-B Cypress Creek Parkway, #125
Houston, Texas 77069-4410
mel@mlsesq.com
*Counsel for Control Insulation Services LLC*

T.Ragon Richey
T.R. Richey Law Firm, PC
7015 Snider Plaza, Suite 203
Dallas, Texas 75205
trr@trricheylawfirm.com
*Counsel for Sunstate Equipment Company*

Shane M. Bebout
Todd Barron Thomason Hudman & Bebout
3800 East 42nd Street, Suite 409
Odessa, Texas 79762-5982
SBebout@toddlawfirm.com
*Counsel for Marquez Construction & Maintenance, LLC*

Richard A. Simmons
Waldron & Schneider
15150 Middlebrook Drive
Houston, Texas 77058
rsimmons@ws-law.com
*Counsel for Texas Gamma Ray, LLC dba TGR Industrial Services*

Scott J. Davenport
Davenport Law Firm, PC
2009 Lubbock Street
Houston, Texas 77007
scottd@davenport-law.com
*Counsel for Global Welding Service, Inc.*

Robert M. Lovein
Lovein Ribman PC
1225 Main Street, Suite 102
Grapevine, Texas 76051
rlovein@loveinribman.com
*Counsel for Dancar Energy Construction, LLC*

W.Jason Walker
Andrews Myers PC
1885 Saint James Place, 15th Floor
Houston, Texas 77056
jwalker@andrewsmyers.com
*Counsel for Lexicon, Inc.*

Amy K. Wolfshohl
Emily A. Pendleton
1000 Main Street, 36th Floor
Houston, Texas 77002
wolfshohl@porterhedges.com
pendleton@porterhedges.com
*Counsel for Targa Southern
Delaware LLC*


        */s/Kristen Bates*
Kristen Bates

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Prado on behalf of Kristen Bates
Bar No. 24073881
lprado@thestrongfirm.com
Envelope ID: 52737996
Status as of 4/22/2021 3:21 PM MST

Associated Case Party: Global Welding Services, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Scott Davenport | | scottd@davenport-law.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: Targa Southern Delaware LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lola Martinez | | lmartinez@porterhedges.com | 4/22/2021 2:46:25 PM | SENT |
| Emily APendleton | | ependleton@porterhedges.com | 4/22/2021 2:46:25 PM | SENT |
| Laura Folk | | lfolk@porterhedges.com | 4/22/2021 2:46:25 PM | SENT |
| Amy K.Wolfshohl | | awolfshohl@porterhedges.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: Inspection Associates, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristen Bates | | kbates@thestrongfirm.com | 4/22/2021 2:46:25 PM | SENT |
| Bret L.Strong | | bstrong@thestrongfirm.com | 4/22/2021 2:46:25 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marianna Green | | magreen@clarkhill.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: Accredited Casualty and Surety Company, Inc.

| Name |
|---|
| Toni Scottreed |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Prado on behalf of Kristen Bates
Bar No. 24073881
lprado@thestrongfirm.com
Envelope ID: 52737996
Status as of 4/22/2021 3:21 PM MST

Associated Case Party: Accredited Casualty and Surety Company, Inc.

| | | | | |
|---|---|---|---|---|
| Chris Ward | | cward@clarkhill.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: Texas Gamma Ray, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard A.Simmons | | rsimmons@ws-law.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: Sunstate Equipment Co., LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| T. RagonRichey | | trr@trricheylawfirm.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: Marquez Construction & Maintenance, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shane M.Bebout | | sbebout@toddlawfirm.com | 4/22/2021 2:46:25 PM | SENT |
| Janie M.Whitfield | | janie@toddlawfirm.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: Benchmark Electrical Solutions, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Charles E.Wear, Jr. | | charles@wear-law.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: DanCar Energy Construction

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert M.Lovein | | rlovein@loveinribman.com | 4/22/2021 2:46:25 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Prado on behalf of Kristen Bates
Bar No. 24073881
lprado@thestrongfirm.com
Envelope ID: 52737996
Status as of 4/22/2021 3:21 PM MST

Associated Case Party: Lexicon, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| W. JasonWalker | | jwalker@andrewsmyers.com | 4/22/2021 2:46:25 PM | SENT |

Associated Case Party: Control Insulation Services, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mel Smith | | mel@mlsesq.com | 4/22/2021 2:46:25 PM | SENT |